**THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Honorable A. Bruce Campbell**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BRUNDAGE-BONE CONCRETE | ) | Case No. 10-10758 ABC |
| PUMPING, INC. | ) | Chapter 11 |
| EIN 84-0972141 | ) | |
|           Debtor. | ) | |
| _____ | ) | |
| | ) | |
| JLS CONCRETE PUMPING, INC. | ) | Case No. 10-10760 ABC |
| EIN 84-0972141 | ) | Chapter 11 |
| | ) | |
|           Debtor. | ) | ***Jointly Administered Under*** |
| | ) | ***Case No. 10-10758 ABC*** |
| _____ | ) | |
| | ) | |
| BRUNDAGE-BONE CONCRETE | ) | Adversary No. 11-1102 ABC |
| PUMPING, INC., | ) | |
| | ) | |
|           Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| CHARLES BOYER, | ) | |
| | ) | |
|           Defendant. | ) | |

**ORDER DIRECTING CLERK TO REFER MOTION FOR WITHDRAWAL OF THE
REFERENCE TO THE DISTRICT COURT**

THIS MATTER comes before the Court on the Motion for Withdrawal of the Reference filed on March 16, 2011 and the Response and Reply thereto, filed respectively at Docket #53 and Docket #66. This Motion seeks withdrawal of the reference of Adversary Proceeding No. 11-1102 ABC. This adversary proceeding was filed in connection with Case No. 10-10758 ABC which was filed in the Bankruptcy Court for the District of Colorado. Accordingly it is

**ORDERED THAT** pursuant to D.C.COLO.LR.CIV.84.1, the Clerk of the Bankruptcy Court shall transmit herewith the Motion for Withdrawal of Reference (Docket #34), the Response to Motion to Withdraw the Reference (Docket #53), the Reply (Docket #66), and the balance of the file in this adversary proceeding, to the U.S. District Court for further action. It is

**FURTHER ORDERED THAT** The Clerk of the Bankruptcy Court shall advise the U.S. District Court of Defendant's pending Motion to Transfer Venue of this adversary proceeding to

the Northern District of Oklahoma which is currently at issue  (Docket #s 24, 51, and 58).

Dated:  April 18, 2011         BY THE COURT:

                                        _____
                                        United States Bankruptcy Court Judge