**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-01033

(Bankruptcy Case No. 10-10758 ABC (Chapter 11), Adv. Proc. No. 11-1102 ABC)

In re:

BRUNDAGE-BONE CONCRETE PUMPING, INC.
EIN: 84-0972141,

    Debtor.

(Bankruptcy Case No. 10-10760 ABC (Chapter 11) - jointly administered under Case No. 10-10758,  Adv. Proc. No. 11-1102 ABC)

In re:

JLS CONCRETE PUMPING, INC.
EIN: 84-0972141,

    Debtor.

BRUNDAGE-BONE CONCRETE PUMPING, INC.

    Plaintiff,

v.

CHARLES BOYER,

    Defendant.

## ORDER DISMISSING CASE

**Blackburn, J.**

This matter is before the court on **Brundage-Bone Concrete Pumping, Inc.'s Status Report and Response to Order to Show Cause** [#12] filed May 6, 2014. This document was filed in response to the **Order for Status Report and Order To Show**

**Cause** [#10] filed April 24, 2014.

Brundage-Bone Concrete Pumping, Inc., the plaintiff in this adversary proceeding, states that it has no objection to the entry of an order closing this adversary proceeding and has no objection to the termination of this adversary proceeding on the docket of this court. The defendant has been given an opportunity to state any objection he may have to the entry of an order closing this case.  Notwithstanding, the defendant has not filed an objection.

**THEREFORE, IT IS ORDERED** as follows:

1. That this case is **DISMISSED**; and

2. That the parties shall bear their own attorney fees and costs.

Dated May 8, 2014, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge